

**UNITED STATES POSTAL SERVICE** ®  |  **PRIORITY**® **MAIL**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



RECEIVED USDC
CLERK. CHARLESTON. SC
2022 APR 21   AM 8: 41

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



**PRESS FIRM**

U.S. POSTAGE PAID
PM 1-Day
CHARLESTON, SC
29412
APR 20, 22
AMOUNT
**$8.95**

1006    29402    R2303S103812-06



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

**FROM:** Nelson L. Bruce
P.O. Box 3345
Summerville South Carolina [29484]

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**TO:** United States District Court
Attention: Clerk of Court
P.O. Box **835**
Charleston, South Carolina [29402]

EXPECTED DELIVERY DAY: 04/21/22

USPS TRACKING® #



ITEM X-RAYED BY USMS


9505 5118 5909 2110 7952 51

TRACKED • INSURED

To schedule free Package Pickup, scan the QR code.



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights rese