# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | ) C.A. No. 2:22-cv-01292-BHH-MGB |
|           Plaintiffs, | ) |
| vs. | ) **DEFENDANT REV FEDERAL CREDIT** |
| | ) **UNION'S LOCAL RULE 26.01 ANSWERS** |
| REV Federal Credit Union; Transunion, LLC; Unknown Does 1-100 et al., | ) |
|           Defendant. | ) |

Defendant REV Federal Credit Union ("REV") answers the following Interrogatories pursuant to Local Rule 26.01:

(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

      **ANSWER:     REV is not aware of any such subrogation interests at this time.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

      **ANSWER:     Plaintiff has requested a jury trial.**

(C)     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten (10%) or more of the outstanding shares.

      **ANSWER:  REV is not a publicly-owned company and has no parent corporation.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civil Rule 3.01.

**ANSWER:  REV does not challenge the appropriateness of this division.**

(E)    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:    REV is not aware that this action is related in whole or in part to any other matter filed in this District**

(F)    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:    REV is properly identified.**

(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:    REV is not aware of any such person or entity at this time.**

    Respectfully submitted,

    /s/ Robert C. Byrd
    Robert C. Byrd (Fed. Id. #1643)
    PARKER POE ADAMS & BERNSTEIN LLP
    200 Meeting Street, Suite 301
    Charleston, South Carolina 29401
    Telephone:  (843) 727-2650
    Facsimile:  (843) 727-2680
    bobbybyrd@pakerpoe.com

Emily I. Bridges (Fed. Id. #12258)  
PARKER POE ADAMS & BERNSTEIN LLP  
110 East Court Street, Suite 200  
Greenville, South Carolina 29601  
Telephone:  (864) 577-6370  
Facsimile:  (864) 242-9888  
emilybridges@parkerpoe.com

*Attorneys for the Defendant*  
*REV Federal Credit Union ("REVFCU")*

June 30, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of foregoing **DEFENDANT REV FEDERAL CREDIT UNION'S LOCAL RULE 26.01 ANSWERS** was served upon the parties by CM/ECF and/or by depositing a copy of the same in the United States Mail, first-class postage prepaid, on the 30th day of June, 2022, to their address as stated below:

| | |
|---|---|
| Nelson L. Bruce<br>PO Box 3345<br>Summerville, SC 29484<br>*Plaintiff* | Wilbur Eugene Johnson, Esq.<br>Clement Rivers LLP<br>25 Calhoun Street, Suite 400<br>Charleston, SC 29401<br>*Attorney for defendant*<br>*Trans Union, LLC (Trans Union)* |

This the 30th day of June, 2022.

/s/ Robert C. Byrd
Robert C. Byrd (Fed. Id. #1643)
Parker Poe Adams & Bernstein LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Telephone: (843) 727-2650
Facsimile: (843) 727-2680
bobbybyrd@parkerpoe.com

*Attorneys for the Defendant*
*REV Federal Credit Union ("REVFCU")*