PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

# UNITED STATES
# POSTAL SERVI[CE]

## PRIORITY®

**FROM:** From: as man, Nelson : Bruce, Sui Juris
c/o P.O. Box 3345
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.®
[zip code exempt - DMM 602 1.3e (2)]

ITEM X-RAYED BY
USMS



U.S. POSTAGE
$8.95
PM
29483  0005
Date of sale
08/01/22
06    2S    SSK
11488163

**PRIORITY MAIL®**

EXPECTED DELIVERY DAY: 08/03/22      0005

SHIP TO:
PO BOX 835
CHARLESTON SC 29402-0835     B099



USPS TRACKING® NUMBER

9505 5066 2226 2213 9001 88

**TO:**

**United States District Court**
**Attention: Clerk of Court**
**P.O. Box 835**
**Charleston, South Carolina [29402]**

[T] RATE ENVE[LOPE]
[R]ATE ■ ANY WEIGHT

[TR]ACKED ■ INSUR[ED]


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

2:22-cv-01292-BHH-MGB   Date Filed 08/03/22   Entry Number 36-3   Page 2 of 2






RATE ENVELOPE
ANY WEIGHT

free Package Pickup,
the QR code,

S.COM/PICKUP

CKED ■ INSURED

RECEIVED USDC
CLERK, CHARLESTON, SC
2022 AUG -3 AM 8: 52

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

001000014   EP14F May 2020
OD: 12 1/2 x 9 1/2