IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>    Plaintiff,<br><br>vs.<br><br>REV Federal Credit Union ("REVFCU");<br>Trans Union, LLC (TransUnion); and<br>Unknown Does 1-100,<br><br>    Defendants. | C.A. No. 2:22-cv-01292-BHH-MGB |

**DEFENDANT REV FEDERAL CREDIT UNION'S LIMITED OBJECTION/REQUEST FOR CLARIFICATION TO REPORT AND RECOMMENDATION**

  Defendant REV Federal Credit Union ("REV"), by and through its undersigned counsel, hereby files this Limited Objection/Request for Clarification to the Court's Report and Recommendation. REV does not formally object to the reasoning or decision of the Court as outlined in its Report and Recommendation filed on September 12, 2022. ECF No. 39. However, REV respectfully requests clarification regarding the Court's decision on Plaintiff's Fifth Cause of Action.

  In the body of the Report and Recommendation, specifically pages seven through nine, the Court "recommends Plaintiff's Fifth Cause of Action be dismissed." ECF No. 39, p. 9. However, the Fifth Cause of Action is not specifically mentioned in the Conclusion of the Report and Recommendation, found on page eleven, as one of the causes of action recommended to be dismissed. ECF No. 39, p. 11. Therefore, REV seeks clarification as to whether the Court is recommending that Plaintiff's Fifth Cause of Action be dismissed, as stated on page nine of the document.

PPAB 8045348v1

REV expressly reserves all other rights and defenses with respect to Plaintiff's Complaint and Causes of Action.

Respectfully submitted,

/s/Robert C. Byrd
Robert C. Byrd (Fed. Id. #1643)
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Telephone:  (843) 727-2650
Facsimile:  (843) 727-2680
bobbybyrd@pakerpoe.com

Emily I. Bridges (Fed. Id. #12258)
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, South Carolina 29601
Telephone:  (864) 577-6370
Facsimile:  (864) 242-9888
emilybridges@parkerpoe.com

*Attorneys for the Defendant*
*REV Federal Credit Union*

September 26, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of foregoing **LIMITED OBJECTION/REQUEST FOR CLARIFICATION TO REPORT AND RECOMMENDATION** was served upon the parties by CM/ECF and/or by depositing a copy of the same in the United States Mail, first-class postage prepaid, on the 26th day of September, 2022, to their address as stated below:

| | |
|---|---|
| Nelson L. Bruce<br>PO Box 3345<br>Summerville, SC 29484<br>*Plaintiff* | Wilbur Eugene Johnson, Esq.<br>Clement Rivers LLP<br>25 Calhoun Street, Suite 400<br>Charleston, SC 29401<br>*Attorney for defendant*<br>*Trans Union, LLC (Trans Union)* |

This the 26th day of September, 2022.

/s/Robert C. Byrd
Robert C. Byrd (Fed. Id. #1643)
Parker Poe Adams & Bernstein LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Telephone: (843) 727-2650
Facsimile: (843) 727-2680
bobbybyrd@parkerpoe.com

*Attorneys for the Defendant*
*REV Federal Credit Union ("REVFCU")*