IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>    Plaintiff,<br><br> vs.<br><br>REV Federal Credit Union ("REVFCU");<br>Trans Union, LLC (TransUnion); and<br>Unknown Does 1-100,<br><br>    Defendants. | C.A. No. 2:22-cv-01292-BHH-MGB |

**DEFENDANT REV FEDERAL CREDIT UNION'S RESPONSE TO PLAINTIFF'S MOTION TO ALTER OR AMEND**

  Defendant REV Federal Credit Union ("REV"), by and through its undersigned counsel, hereby files this Response to Plaintiff's Motion to Alter or Amend. REV understands Plaintiff to only be requesting clarification regarding the Court's ruling on Plaintiff's Seventh Cause of Action. Specifically, Plaintiff requests clarification that the Court only dismissed Plaintiff's Seventh Cause of Action as to REV only, not defendant Trans Union, LLC (TransUnion).

  REV takes no position as to Trans Union, LLC and Plaintiff's allegations against Trans Union. Should Plaintiff be requesting the Court reconsider its decision to dismiss Plaintiff's Seventh Cause of Action as to REV only, REV hereby incorporates by reference as if fully restated herein, its arguments from its prior filings with the Court.

  REV expressly reserves all other rights and defenses with respect to Plaintiff's Complaint and Causes of Action.

PPAB 8813000v1

Respectfully submitted,

/s/ Emily I. Bridges
Emily I. Bridges (Fed. Id. #12258)
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, South Carolina 29601
Telephone:  (864) 577-6370
Facsimile:  (864) 242-9888
emilybridges@parkerpoe.com

Robert C. Byrd (Fed. Id. #1643)
PARKER POE ADAMS & BERNSTEIN LLP
850 Morrison Drive, Suite 400
Charleston, South Carolina 29403
Telephone:  (843) 727-2650
Facsimile:  (843) 727-2680
bobbybyrd@pakerpoe.com

*Attorneys for the Defendant*
*REV Federal Credit Union*

March 28, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of foregoing **DEFENDANT REV FEDERAL CREDIT UNION'S RESPONSE TO PLAINTIFF'S MOTION TO ALTER OR AMEND** was served upon the parties by CM/ECF and/or by depositing a copy of the same in the United States Mail, first-class postage prepaid, on the 28th day of March, 2023, to their addresses as stated below:

| | |
|---|---|
| Nelson L. Bruce<br>PO Box 3345<br>Summerville, SC 29484<br>*Plaintiff* | Wilbur Eugene Johnson, Esq.<br>Clement Rivers LLP<br>25 Calhoun Street, Suite 400<br>Charleston, SC 29401<br>*Attorney for defendant*<br>*Trans Union, LLC (Trans Union)* |

This the 28th day of March, 2023.

/s/ Emily I. Bridges
Emily I. Bridges (Fed. Id. #12258)
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, South Carolina 29601
Telephone:  (864) 577-6370
Facsimile:  (864) 242-9888
emilybridges@parkerpoe.com

*Attorneys for the Defendant*
*REV Federal Credit Union ("REVFCU")*