IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nelson L. Bruce, | ) | Case No. 2:22-cv-1292-BHH-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| REV Federal Credit Union, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case.

1. Discovery shall be completed no later than **August 28, 2023**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. The parties are urged to attempt to resolve discovery disputes prior to presentation to the Court.

2. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **October 27, 2023**. (Fed. R. Civ. P. 16(b)(2)).

2. Mediation, pursuant to Local Civil Rules 16.04 - 16.12, shall be completed in this case on or before **September 29, 2023**. See attached form setting forth mediation requirements. At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

**IT IS SO ORDERED.**

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

May 17, 2023
Charleston, South Carolina