Record/FILE ON DEMAND

RECEIVED
2023 NOV 30 AM 9: 15

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: 2:22-cv-01292-BHH-MGB |
| Plaintiff(s), | |
| vs. | PLAINTIFF'S EMERGENCY MOTION TO ISSUE SUBPOENAS |
| REV FEDERAL CREDIT UNION, TRANS UNION, LLC, et al. | |
| Defendant(s). | |

Comes now plaintiff, Nelson L. Bruce with his emergency motion to issue subpoenas to the third parties presented on his subpoenas who have relevant information related to the claims in plaintiff's complaint. Plaintiff is filing this emergency motion because the due date for discovery is on 12-11-2023. Although Fed. Rule 45 provides that the clerk can sign-off on subpoenas, it appears that there are other rules a ProSe is required to follow that prolongs the process of subpoenas being issued. Plaintiff hereby moves this court for an order as soon as possible to issues subpoena (See...Exhibit A) to third parties that have information relevant to plaintiff's claims for this matter that will support his claims and or defenses.

## CONCLUSION

For the following reasons, Plaintiff prays that the court grants Plaintiff an order directing the clerk of the court to sign his subpoenas so that they may be served to the parties as soon as possible.

Dated this 28th day of **November, 2023**.

RESPECTFULLY PRESENTED,

                                                       "Without Prejudice"

_Nelson L. Bruce_ (signature)

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing including **Exhibit A** has been sent by Email and by notification from the court via the CM/ECF system to all Registered users identified on the service list below. Dated this 28th day of **November, 2023.**

### SENT TO:

CLEMENT RIVERS, LLP
Attention: Wilbur E. Johnson
25 Calhoun Street, Suite 400
Charleston, SC 29401
*Counsel for Trans Union*

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com