# EXHIBIT A-1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

Nelson L. Bruce,

                Plaintiff(s),

                vs.

REV FEDERAL CREDIT UNION, TRANS
UNION, LLC, et al.

                Defendant(s).

**CASE NO.: 2:22-cv-01292-BHH-MGB**

**CERTIFICATE OF SERVICE**

---

I HEREBY CERTIFY that a true and correct copy of the Subpoena issued to LexisNexis Risk Solutions, Inc. ("LexisNexis") has been mailed to LexisNexis via the: UNITED STATES POST OFFICE via the UNITED STATES POSTAL SERVICE by First Class Certified Mail Restricted Delivery. Dated this _9th_ day of November, 2023.

**SENT TO:**

LexisNexis Risk Solutions Inc.
Attention: Legal Department
1000 Alderman Drive
Alpharetta, GA 30005
Certified Mail No.: 7022 2410 0000 5366 2697

"Without Prejudice"

*Nelson L. Bruce*
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70222410000053662697

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:55 pm on November 13, 2023 in ALPHARETTA, GA 30005.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
ALPHARETTA, GA 30005
November 13, 2023, 1:55 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ∨

USPS Tracking Plus®    ∨

Product Information    ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Alpharetta, GA 30005
**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $4.35 | 0483 |
| $ | 08 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ $1.59 | |
| Total Postage and Fees | 11/09/2023 |
| $ $9.49 | |

Sent To LEXISNEXIS RISK SOLUTIONS INC.
Street and Apt. No., or PO Box No. 1000 ALDERMAN DRIVE
City, State, ZIP+4 ALPHARETTA, GEORGIA 30005

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2022 2410 0000 5366 2697

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
LEXIS NEXIS RISK SOLUTIONS INC.
ATTENTION: LEGAL DEPARTMENT
1000 ALDERMAN DRIVE
ALPHARETTA, GEORGIA 30005

9590 9402 7663 2122 5428 88

2. Article Number (Transfer from service label)
7022 2410 0000 5366 2697

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Ethricke

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☒ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, <br><br> Plaintiff(s), <br><br> vs. <br><br> REV FEDERAL CREDIT UNION, TRANS UNION, LLC, et al. <br><br> Defendant(s). | **CASE NO.: 2:22-cv-01292-BHH-MGB** <br><br> **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that a true and correct copy of the Subpoena issued to LexisNexis Risk Solutions, Inc. ("LexisNexis") has been mailed to LexisNexis via the: UNITED STATES POST OFFICE via the UNITED STATES POSTAL SERVICE by Priority Mail Express Signature Required. Dated this _9th_ day of November, 2023.

**SENT TO:**

LexisNexis Risk Solutions Inc.
Attention: Legal Department
1000 Alderman Drive
Alpharetta, GA 30005
Priority Mail Express No.: EI 259 217 691 US

"Without Prejudice"

_Nelson L. Bruce_
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

 **UNITED STATES POSTAL SERVICE**

November 13, 2023

Dear Nelson Bruce:

The following is in response to your request for proof of delivery on your item with the tracking number:
**EI25 9217 691U S.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 13, 2023, 1:55 pm |
| **Location:** | ALPHARETTA, GA 30005 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | B ETHRIDGE |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1000 ALDERMAN DR |
| **City, State ZIP Code:** | ALPHARETTA, GA 30005-4101 |

## Recipient Signature

Signature of Recipient: *Brenda Ethridge*

Address of Recipient: *1000 Alderman Dr*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004