Record/FILE ON DEMAND

U.S.P.S. PRIORITY MAIL NO. 9405 5036 9930 0635 1321 06

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff(s),<br><br>vs.<br><br>REV FEDERAL CREDIT UNION, TRANS UNION, LLC, et al.<br><br>Defendant(s). | CASE NO.: 2:22-cv-01292-BHH-MGB<br><br>**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENAS ON Kelley Drye & Warren and Lundquist Consulting, Inc. ("LCI")** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff, Nelson L. Bruce intends to serve Subpoenas on **Kelley Drye & Warren, Attention: Philip D. Robben,** and **Lundquist Consulting, Inc. ("LCI")** in the forms attached hereto.

Dated this 8th day of **December, 2023**.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

RECEIVED 2023 DEC 12 AM 10:33