# NONPARTY LNRS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

# EXHIBIT 1

| | |
|---|---|
| **From:** | Farley, Will |
| **Sent:** | Thursday, December 7, 2023 12:55 PM |
| **To:** | Schwahn, Derek M. |
| **Subject:** | Fwd: RE: Nelson L. Bruce v. Rev Federal Credit Union, Trans Union, et al.; Case No. 2:22-cv-01292 |

**Will Farley**
**troutman pepper**
Direct: 704.998.4099 | Mobile: 704.678.1113 | Internal: 22-4099
will.farley@troutman.com


---------- Forwarded message ----------

**From:** Leon <leonbruce81@yahoo.com>
**Date:** December 7, 2023 at 11:05:51 AM EST
**Subject:** RE: Nelson L. Bruce v. Rev Federal Credit Union, Trans Union, et al.; Case No. 2:22-cv-01292
**To:** Farley, Will <Will.Farley@troutman.com>,Haggerty, Meredith <Meredith.Haggerty@troutman.com>

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Will,

   I would need a statement signed under penalty of perjury attesting to what you have disclosed by a person with firsthand personal knowledge otherwise I would have to assume that this is an untrue statement and I will have to move forward with court assistance gor compliance.  I need a copy of this statement emailed to me by 4:00 p.m. EST today and mailed to me as well.  Thanks!

Nelson L. Bruce

On Thu, Dec 7, 2023 at 10:16 AM, Farley, Will
<Will.Farley@troutman.com> wrote:

Mr. Bruce:


LexisNexis Risk Solutions Inc. has produced the documents in its possession responsive to your subpoena.  LNRS has searched its records and has not identified records responsive to Requests 4, 5, 6,

1

or 9 because LNRS did not supply your bankruptcy record to TransUnion.  LNRS has fulfilled its obligations in responding to your subpoena.  Thank you.

**Will Farley**
**troutman pepper**
Direct: 704.998.4099 | Mobile: 704.678.1113 | Internal: 22-4099
will.farley@troutman.com

**From:** Leon <leonbruce81@yahoo.com>
**Sent:** Wednesday, December 6, 2023 11:40 PM
**To:** Farley, Will <Will.Farley@troutman.com>; Haggerty, Meredith <Meredith.Haggerty@troutman.com>
**Subject:** Re: Nelson L. Bruce v. Rev Federal Credit Union, Trans Union, et al.; Case No. 2:22-cv-01292

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Will,

    As presented in my previous email, request numbers 4, 5, 6 and 9 are not related to any disputes.  It requesting any and all document you have in your possession related to Trans Union from June 13, 2017 to present.  Specifically, I am looking for any and all agreements you have with Trans Union to use your services, any and all lists of services for which you charge a fee/payment for which you provide to Trans Union,  any and all search and match requests by Trans Union including the day, month and year requested related to the plaintiff to match to a bankruptcy, a list of every piece of information required to match a consumer to a bankruptcy, a copy of any and all your policies and procedures related to searching bankruptcies, the exact reports furnished as a result of the search and match services as it relates to searching for a bankruptcy with the plaintiff's identifiable information and the permissible purpose selected by Trans Union when they requested to do a search for a bankruptcy related to the plaintiff by utilizing your services.  Please let me know by 12 p.m. EST Thursday November 7, 2023 whether or not LexisNexis will comply with my request for production of documents so I know whether to request for an extension of time as my discovery period is expiring or a motion to compel with the court.  Thanks!  If you have any questions, I can be reached at the number below.

Nelson "Leon" Bruce

We opted out of any attempt by you to contract by electronic communication unless specifically agreed upon!

------------

Best regards, Leon Bruce
Direct Line: 843-437-7901  Private Correspondence to intended party from: Leon Bruce also known as Nelson
leonbruce81@yahoo.com
Confidentiality Notice: "All Rights Reserved - Without Prejudice - Without Recourse - Non-Assumpsit Errors & Omissions Excepted"

Notice of Confidentiality - This message and any files or attachments transmitted with it are CONFIDENTIAL and intended only for the addressee(s) only. Both the email message and any attachments have been transmitted based on a reasonable expectation of privacy. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the named addressee, you must not use, disclose, disseminate, distribute, copy, print or reply to this email. Access to this document by any other person or entity is unauthorized. Any actions contrary to the intent of this NOTICE confirms that you accept liability for a minimum $500,000.00 civil penalty. "All rights are reserved."

NOTICE: For this PRIVATE-EMAIL is without the subjection of the monitoring.

I, the living man, am fully aware that any/all claims made concerning

a CROWN CORPORATION OWNED NAME is, in fact, an admission of FRAUD

where FALSE IMPERSONATION is concerned and is a CAPITAL CRIME to do so.

This private email message, including any attachment(s) is limited to the

sole use of the intended recipient and may contain Privileged and/or

Confidential Information.  Any and All Political, Private or Public

Entities, Federal, State, or Local Corporate Government(s),

Municipality(ies), International Organizations, Corporation(s),

agent(s), investigator(s), or informant(s), et. al., and/or Third

Party(ies) working in collusion by collecting and/or monitoring My

3

email(s),and any other means of spying and collecting these

Communications Without my Exclusive Permission are Barred from Any and

All Unauthorized Review, Use, Disclosure or Distribution.  With Explicit

Reservation of All My Rights, Without Prejudice and Without Recourse to Me.

Any omission does not constitute a waiver of any and/or ALL

Intellectual Property Rights or Reserved Rights U.C.C.1-207/1-308, 1-103.6.

ARBITRATION CLAUSE: The intended party and non-intended party mutually agree

not to use, disclose, disseminate, distribute, copy, or print this email without

the authorized consent of the individual sending the email.This constitutes an agreement of all interested parties in this email and acceptance through silence/failure to reject this Arbitration Clause within 48 hours from receipt (where and such silence and or failure equates action('s) to act('s), conduct, performance, forbearance, inaction, equating to assent) documenting the parties consent (whether directly and/or indirectly related, third party, interested party and/or otherwise) agreeing to settle any and all disputes by arbitration. The intended party

and/or non-intended party mutually agree to pay a fee of $500,000 per disclosure,

dissemination, distribution, coping, and printing of this email without the authorized

consent of the individual sending the email to Nelson L. Bruce (A.K.A.

Leon Bruce). "All rights are reserved."

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.  NOTICE TO

PRINCIPALS IS NOTICE TO AGENTS.

On Tuesday, December 5, 2023 at 07:25:58 PM EST, Leon <leonbruce81@yahoo.com> wrote:

Will,

4

    You have failed to respond produce documents related to requests 4, 5, and 6.  LexisNexis website says that they provide information to Trans Union and Trans Union has already admitted that they obtained information from LexisNexis therefore documentation related to LexisNexis and TransUnion must be present.  If this is not the case, and LexisNexis does not have any documents availible as specified in my definition of documents and has never had documents related to Trans Union, I would need this in writing signed under penalty of perjury.

Nelson L. Bruce

On Tue, Dec 5, 2023 at 6:48 PM, Farley, Will

<Will.Farley@troutman.com> wrote:

Mr. Bruce:

The documents produced were the ones identified as responsive to your subpoena and related to Request No. 8.  LexisNexis Risk Solutions Inc. is not in possession of any documents related to your alleged dispute(s) with TransUnion and does not have a record of TransUnion forwarding your alleged dispute to it.

Thanks,

**Will Farley**
**troutman pepper**
Direct: 704.998.4099 | Mobile: 704.678.1113 | Internal: 22-4099
will.farley@troutman.com

---

**From:** Leon <leonbruce81@yahoo.com>
**Sent:** Tuesday, December 5, 2023 6:07 PM
**To:** Haggerty, Meredith <Meredith.Haggerty@troutman.com>
**Cc:** Farley, Will <Will.Farley@troutman.com>
**Subject:** Re: Nelson L. Bruce v. Rev Federal Credit Union, Trans Union, et al.; Case No. 2:22-cv-01292

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

5

Meredith,

     I reviewed the files you sent me via zip folder.  When reviewing these documents and recording, the response does not comply with my subpoena request.  What was sent to me is related to my disputes with LexisNexis not disputes or documents and communications with Trans Union related to disputes and investigations forwarded by Trans Union for LexisNexis to investigate as I am sure, LexisNexis has had some communication with Trans Union from between the dates presented in my Subpoena.  Further, the documents in the zip folder fail to include a natural persons signatures under penalty of perjury testifying that this is all the documents that LexisNexis has relevant to my requests.  Please have LexisNexis respond appropriately.  I am moving forward with drafting my notification to the court as it appears that LexisNexis will not cooperate with my Subpoena request.  Thanks!

Nelson L. Bruce

We opted out of any attempt by you to contract by electronic communication unless specifically agreed upon!

------------

Best regards, Leon Bruce
Direct Line: 843-437-7901  Private Correspondence to intended party from: Leon Bruce also known as Nelson
leonbruce81@yahoo.com
Confidentiality Notice: "All Rights Reserved - Without Prejudice - Without Recourse - Non-Assumpsit Errors & Omissions Excepted"

Notice of Confidentiality - This message and any files or attachments
transmitted with it are CONFIDENTIAL and intended only for the
addressee(s) only. Both the email message and any attachments have
been transmitted based on a reasonable expectation of privacy. Any
disclosure, distribution, copying, or use of this information by
anyone other than the intended recipient, regardless of address or
routing, is strictly prohibited. If you are not the named addressee,
you must not use, disclose, disseminate, distribute, copy, print or
reply to this email. Access to this document by any other person or
entity is unauthorized. Any actions contrary to the intent of this
NOTICE confirms that you accept liability for a minimum $500,000.00
civil penalty. "All rights are reserved."

NOTICE: For this PRIVATE-EMAIL is without the subjection of the monitoring.

I, the living man, am fully aware that any/all claims made concerning

6

a CROWN CORPORATION OWNED NAME is, in fact, an admission of FRAUD where FALSE IMPERSONATION is concerned and is a CAPITAL CRIME to do so.

This private email message, including any attachment(s) is limited to the sole use of the intended recipient and may contain Privileged and/or Confidential Information.  Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s), et. al., and/or Third Party(ies) working in collusion by collecting and/or monitoring My email(s),and any other means of spying and collecting these Communications Without my Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution.  With Explicit Reservation of All My Rights, Without Prejudice and Without Recourse to Me.

Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights U.C.C.1-207/1-308, 1-103.6.

ARBITRATION CLAUSE: The intended party and non-intended party mutually agree not to use, disclose, disseminate, distribute, copy, or print this email without the authorized consent of the individual sending the email.This constitutes an agreement of all interested parties in this email and acceptance through silence/failure to reject this Arbitration Clause within 48 hours from receipt (where and such silence and or failure equates action('s) to act('s), conduct, performance, forbearance, inaction, equating to assent) documenting the parties consent (whether directly and/or indirectly related, third party, interested party and/or otherwise) agreeing to settle any and all disputes by arbitration. The intended party and/or non-intended party mutually agree to pay a fee of $500,000 per disclosure, dissemination, distribution, coping, and printing of this email without the authorized consent of the individual sending the email to Nelson L. Bruce (A.K.A. Leon Bruce). "All rights are reserved."

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.  NOTICE TO PRINCIPALS IS NOTICE TO AGENTS.

On Tuesday, December 5, 2023 at 05:33:49 PM EST, Haggerty, Meredith <meredith.haggerty@troutman.com> wrote:

Mr. Bruce,

Thank you for returning the signed consent form. Attached is a zip folder of documents responsive to your subpoena to LexisNexis Risk Solutions Inc. Please let us know whether you would also like these documents separately mailed to you. There is a call recording in the production that would need to be transferred to a secure disk if you want to receive physical copies of the documents.

Thank you,

Meredith

**Meredith P. Haggerty**
**Legal Practice Assistant to William J. Farley III, Esq.**
**troutman pepper**
Direct: 704.998.4053 | Mobile: 757.755.5407 | Internal: 22-4053
meredith.haggerty@troutman.com

**From:** Leon <leonbruce81@yahoo.com>
**Sent:** Tuesday, December 5, 2023 4:18 PM
**To:** Haggerty, Meredith <Meredith.Haggerty@troutman.com>
**Cc:** Farley, Will <Will.Farley@troutman.com>
**Subject:** Re: Nelson L. Bruce v. Rev Federal Credit Union, Trans Union, et al.; Case No. 2:22-cv-01292

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Meredith,

Please see attached the requested signed consent document.

Nelson "Leon" Bruce

We opted out of any attempt by you to contract by electronic communication unless specifically agreed upon!

------------

Best regards, Leon Bruce
Direct Line: 843-437-7901  Private Correspondence to intended party from: Leon Bruce also known as Nelson
leonbruce81@yahoo.com
Confidentiality Notice: "All Rights Reserved - Without Prejudice - Without Recourse - Non-Assumpsit Errors & Omissions Excepted"

Notice of Confidentiality - This message and any files or attachments transmitted with it are CONFIDENTIAL and intended only for the addressee(s) only. Both the email message and any attachments have been transmitted based on a reasonable expectation of privacy. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the named addressee, you must not use, disclose, disseminate, distribute, copy, print or reply to this email. Access to this document by any other person or entity is unauthorized. Any actions contrary to the intent of this NOTICE confirms that you accept liability for a minimum $500,000.00 civil penalty. "All rights are reserved."

NOTICE: For this PRIVATE-EMAIL is without the subjection of the monitoring.

I, the living man, am fully aware that any/all claims made concerning

a CROWN CORPORATION OWNED NAME is, in fact, an admission of FRAUD

where FALSE IMPERSONATION is concerned and is a CAPITAL CRIME to do so.

This private email message, including any attachment(s) is limited to the

sole use of the intended recipient and may contain Privileged and/or

Confidential Information.  Any and All Political, Private or Public

Entities, Federal, State, or Local Corporate Government(s),

Municipality(ies), International Organizations, Corporation(s),

agent(s), investigator(s), or informant(s), et. al., and/or Third

Party(ies) working in collusion by collecting and/or monitoring My

email(s),and any other means of spying and collecting these

Communications Without my Exclusive Permission are Barred from Any and

All Unauthorized Review, Use, Disclosure or Distribution.  With Explicit

Reservation of All My Rights, Without Prejudice and Without Recourse to Me.

Any omission does not constitute a waiver of any and/or ALL

Intellectual Property Rights or Reserved Rights U.C.C.1-207/1-308, 1-103.6.

ARBITRATION CLAUSE: The intended party and non-intended party mutually agree

not to use, disclose, disseminate, distribute, copy, or print this email without

the authorized consent of the individual sending the email.This constitutes an agreement of all interested parties in this email and acceptance through silence/failure to reject this Arbitration Clause within 48 hours from receipt (where and such silence and or failure equates action('s) to act('s), conduct, performance, forbearance, inaction, equating to assent) documenting the parties consent (whether directly and/or indirectly related, third party, interested party and/or otherwise) agreeing to settle any and all disputes by arbitration. The intended party

and/or non-intended party mutually agree to pay a fee of $500,000 per disclosure,

dissemination, distribution, coping, and printing of this email without the authorized

consent of the individual sending the email to Nelson L. Bruce (A.K.A.

Leon Bruce). "All rights are reserved."

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.  NOTICE TO

PRINCIPALS IS NOTICE TO AGENTS.

On Tue, Dec 5, 2023 at 2:51 PM, Haggerty, Meredith

<Meredith.Haggerty@troutman.com> wrote:

Mr. Bruce,

LexisNexis Risk Solutions Inc. has identified documents responsive to your subpoena. Before producing those documents, we will need you to sign and return the attached consent form. We can then provide the documents identified.

Thank you,
Meredith

**Meredith P. Haggerty**
**Legal Practice Assistant to William J. Farley III, Esq.**
Direct: 704.998.4053 | Mobile: 757.755.5407 | Internal: 22-4053
meredith.haggerty@troutman.com

**troutman pepper**
301 S College Street, Suite 3400
Charlotte, NC 28202
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.