Record/FILE ON DEMAND          U.S.P.S. PRIORITY MAIL ~~NO.~~ 9505 5066 2221 3357 8181

67

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff(s),<br><br>vs.<br><br>REV FEDERAL CREDIT UNION, TRANS UNION, LLC, et al.<br><br>Defendant(s). | CASE NO.: 2:22-cv-01292-BHH-MGB<br><br>PLAINTIFF'S EMERGENCY MOTION TO ISSUE SUBPOENAS |

Comes now plaintiff, Nelson L. Bruce with his emergency motion to issue subpoenas to the third parties presented on his subpoenas who have relevant information related to the claims in plaintiff's complaint. Plaintiff is filing this emergency motion to correct the USM – 285 form to serve Lundquist Consulting, Inc. ("LCI") who also has documentation relevant to plaintiff's claims. Plaintiff hereby moves this court for an order as soon as possible to issues subpoena (See...Exhibit A) to LCI who has information relevant to plaintiff's claims for this matter that will support his claims in this case.

## CONCLUSION

For the following reasons, Plaintiff prays that the court grants Plaintiff an order directing the clerk of the court to sign his subpoena so that they may be served to the parties as soon as possible. Dated this 22nd day of December, 2023.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com
