**Record/FILE ON DEMAND**          U.S.P.S. PRIORITY MAIL TRACKING No. 9405 5036 9930 0642 8844 87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>                              Plaintiff,<br><br>v.<br><br>REV Federal Credit Union ("REVFCU"), et al..<br><br>                              Defendants. | Case No.: 2:22-cv-01292-BHH-MGB<br><br>**MOTION TO HAVE RECENTLY GRANTED SUBPOENAS SERVED BY THE UNITED STATES MARSHALS SERVICE** |

  Comes now Plaintiff, Nelson L. Bruce a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby moves this court for an immediate order to have the clerk sign the updated Subpoenas attached hereto as Exhibit A updated the dates to which the documents must be produced and for an order to have the United States Marshals Service serve subpoenas on the non-parties to which the subpoenas are issued against. As acknowledge by the court in its 12-13-2023 order, Plaintiff has been granted "*in forma pauperis* status" (See…ECF No. 106 at 6). Attached hereto is also a completed USM-285 forms to for the Marshals to serve the non-parties (see…Exhibit B.). This motion was initially mailed under U.S.P.S. Priority Mail No. 94055036993006404726817 but appears to have issues with the shipping as no tracking shows in the system even though it was placed in the mail.

  WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion so that the nonparties and be served the subpoenas as soon as possible.

Dated this 19th day of December, 2023.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com