# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, | |
| Plaintiff, | |
| v. | Case No.: 2:22-cv-01292-BHH-MGB |
| REV FEDERAL CREDIT UNION, TRANS UNION, LLC, et al. | |
| Defendants. | |

## NON-PARTY LEXISNEXIS RISK SOLUTIONS INC.'S STATUS REPORT

Non-Party LexisNexis Risk Solutions Inc. ("LNRS"), by counsel, submits this following Status Report pursuant to the Court's January 9, 2024 Order, Dkt. No. 131.

1.  Plaintiff Nelson Bruce served a subpoena on LNRS requesting certain documents he believes LNRS provided to Defendant TransUnion, LLC ("TransUnion").

2.  On November 22, 2023, LNRS served objections to the subpoena. On December 5, 2023, LNRS produced the documents in its possession that were identified as responsive to Plaintiff's subpoena.

3.  After serving responsive documents, LNRS advised Plaintiff that it was the not the entity that provided the "bankruptcy" records to TransUnion that Plaintiff is seeking.

4.  On December 11, 2023, Plaintiff filed a Motion to Compel against LNRS relating to certain of the subpoena's requests for information LNRS provided to TransUnion about Plaintiff's bankruptcy.

5.  In his Motion to Compel, Plaintiff narrowed the scope of the subpoena to Requests Nos. 4, 5, 6, and 9.

6. On January 9, 2024, the Court entered an Order on Plaintiff's Motion to Compel that requested LNRS file a status report as to whether it has the legal right or practical ability to obtain from LexisNexis Risk Data Management, LLC ("LNRDM") the documents responsive to certain requests in Plaintiff's subpoena. Dkt. No. 131.

7. LNRS remains the improper party for Plaintiff's subpoena.

8. For the purposes of Plaintiff's subpoena in this case only, LNRS will consider the subpoena served on LNRDM for Request Nos. 4, 5, 6, and 9.

9. LNRS maintains all other objections to the Subpoena, including its objections to the relevance, overbreadth, and burden of the Subpoena's requests.

10. LNRDM will serve Plaintiff with objections and responses to the narrowed subpoena requests within fourteen (14) days of the filing of this Status Report.

11. LNRDM will also produce responsive documents within fourteen (14) days of this filing. To the extent any documents identified for production contain LNRDM's confidential information, such documents will be produced subject to the November 6, 2023 Confidentiality Order entered in this case. Dkt. No. 92.

12. Upon the delivery of responsive documents, and objections and responses to Plaintiff's narrowed subpoena, Non-Parties LNRS and LNRDM respectfully request this Court to deny Plaintiff's Motion to Compel as moot.

This the 26th day of January 2024.

/s/ William J. Farley III
William J. Farley III
Fed. Bar No. 12004
Troutman Pepper Hamilton Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.998.4099
Email:  will.farley@troutman.com

*Counsel for Non-Party LexisNexis Risk Solutions Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system and also sent via U.S. Mail to the following:

Nelson L. Bruce
PO Box 3345
Summerville, SC 29484
*Pro Se Plaintiff*

/s/William J. Farley III
William J. Farley III

4