U.S. Department of Justice  
United States Marshals Service

C-6

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nelson L. Bruce, | 2:22-cv-01292-BHH-MGB |
| DEFENDANT | TYPE OF PROCESS |
| RBV FEDERAL CREDIT UNION ("RBVFCU"), et al.; | Civil |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
  Bank of America, N.A., Attn.: Legal Order Processing
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
  800 Samoset Drive, Newark DE 19713

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce  
c/o P.O. Box 3345  
Summerville, South Carolina 29484

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact information  
(302) 737-7490  
Hours of Operation M-F from 9:00 a.m. to 5:00 p.m.   Saturday & Sunday Closed

Plaintiff

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT  
Nelson L. Bruce  
TELEPHONE NUMBER: 843-437-7901   DATE: 1-16-24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1   District of Origin No.: 51   District to Serve No.: 58   Signature of Authorized USMS Deputy or Clerk: Judy Spurr   Date: 1/23/2024

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Chris Narayan, Operations Manager

Address (complete only different than shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: ___   Time: ___  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 13.40 | 8.00 | 86.40 | | $0.00 |

REMARKS: FWD TO USMS office D/DE Wilmington

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 11/13

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page EXHIBIT A

Civil Action No. 2:22-cv-01292-BHH-MGB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Bank of America,
on *(date)* 1/29/24.

☒ I served the subpoena by delivering a copy to the named person as follows:
Chris Narayan, Operations Manager at 800 Samoset Dr.
Newark DE    on *(date)* 1/29/24    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____    for travel and $ _____    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 1/29/24

*Server's signature*

Toby Conrad, Deputy US Marshal
*Printed name and title*

844 N. King St, Room 1100, Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc.:

**U.S. Department of Justice**
United States Marshals Service

**Process 071-2:2022-CV-01292-6 | Cost Worksheet**
Printed on: 02/01/2024

---

### PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** <br> CV - Civil | **Origin District** <br> D/SC - CHARLESTON | **Serving District** <br> D/DE - WILMINGTON | **Case Caption** <br> Nelson L. Bruce v. REV Federal Credit Union ("REVFCU") |
| **Civil/Criminal** <br> Civil | **Attribute** <br> Private | **Process Type** <br> Subpoena | **Party to be Served** <br> BANK OF AMERICA, N.A. |

### SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 01/23/2024 16:47 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/23/2024 16:51 EST | Forward | | $0.00 | $8.00 |
| 01/26/2024 14:15 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/29/2024 10:30 EST | Served <br> Personnel Charges <br> Mileage Charges | <br> $65.00 <br> $13.40 | $0.00 | $78.40 |

| | | |
|---|---|---|
| **Total Costs** | **$0.00** | **$86.40** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| Amount Owed | $410.30 |
| **Remaining Process to Serve:** | 071-2:2022-CV-01292-3 |
| | 071-2:2022-CV-01292-4 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY
Printed By District: D/SC                                                                                                                          Page 1 of 1

**U.S. Department of Justice**
**United States Marshals Service**

C-5

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Nelson L. Bruce, | COURT CASE NUMBER<br>2:22-cv-01292-BHH-MGB |
| DEFENDANT<br>REV FEDERAL CREDIT UNION ("REVFCU"), et al.; | TYPE OF PROCESS<br>Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
T-Mobile US, Inc., Attention: Legal & Emergency Response
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4 Sylvan Way, Parsippany, N.J. 07054

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
c/o P.O. Box 3345
Summerville, South Carolina 29484

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact information
973-292-8911
Hours of Operation M-F from 9:00 a.m. to 5:00 p.m.   Saturday & Sunday Closed

Plaintiff
Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Nelson L. Bruce
TELEPHONE NUMBER: 843-437-7901
DATE: 1-16-24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 71
District to Serve: No. 50
Signature of Authorized USMS Deputy or Clerk: Judy Day (CR)
Date: 1/23/2024

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
FRANCISCO ARVELO (STORE MANAGER)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
711 E 1st AVE
ROSELLE NJ 07203

Date: 1/26/2024   Time: 12:20 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy: /s/ 3194?

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | 8.00 | | | $0.00 |

REMARKS: FWD TO USMS office D/NJ Newark

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

2024 JAN 18 AM 9: 22

| | | |
|---|---|---|
| Nelson L. Bruce | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-01292-BHH-MGB |
| REV FEDERAL CREDIT UNION, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: T-Mobile US, Inc., Attention: Legal & Emergency Response
4 Sylvan Way, Parsippany, N.J. 07054

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See...Attached "NOTICE OF SUBPOENA, Exhibit A"

| Place: T-Mobile US, Inc., Attention: Legal & Emergency Response, 4 Sylvan Way, Parsippany, N.J. 07054 | Date and Time: Within 10 days from receipt of this subpoena |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/19/2024

CLERK OF COURT

_____     OR     _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



USMS RECEIVED
NEWARK NJ
2024 JAN 25  AM 9:49

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, of Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01292-BHH-MGB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows:
FRANCISCO ARVELO
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/24/2024        _____
                       *Server's signature*

                       KEVIN CURKO
                       *Printed name and title*

                       50 WALNUT ST NEWARK NJ 07102
                       *Server's address*

Additional information regarding attempted service, etc.:

**U.S. Department of Justice**
United States Marshals Service

**Process 071-2:2022-CV-01292-5 | Cost Worksheet**
Printed on: 02/01/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | D/SC - CHARLESTON | D/NJ - NEWARK | Nelson L. Bruce v. REV Federal Credit Union ("REVFCU") |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | Subpoena | T-MOBILE US, INC. |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 01/23/2024 16:40 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/23/2024 16:50 EST | Forward | | $0.00 | $8.00 |
| 01/25/2024 09:20 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/26/2024 15:29 EST | Served<br>Personnel Charges<br>Mileage Charges | $130.00<br>$8.31 | $0.00 | $138.31 |
| **Total Costs** | | | **$0.00** | **$146.31** |

| Remaining Balance | $0.00 |
|---|---|
| Amount Owed | $410.30 |
| **Remaining Process to Serve:** | 071-2:2022-CV-01292-3 |
| | 071-2:2022-CV-01292-4 |
| | 071-2:2022-CV-01292-6 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health care or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a
UNCLASSIFIED//FOR OFFICIAL USE ONLY