**EXHIBIT - 5**

RECEIVED
USDC CHARLESTON

2024 FEB 28  AM 8: 46

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.: 2:22-cv-01292-BHH-MGB |
| REV FEDERAL CREDIT UNION, *et al.* | ) |
| | ) |
| _____ | ) |
| *Defendants* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   T-Mobile USA, Inc.
      4 Sylvan Way
      Parsippany, NJ 07054

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place:<br>T-Mobile USA, Inc.<br>4 Sylvan Way<br>Parsippany, NJ 07054 | Date and Time:<br>August 28, 2023 @ 9:00 a.m. |
|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  August 9, 2023

       CLERK OF COURT

                                                    OR    /s/ Wilbur E. Johnson
       _____                            _____
       *Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing <u>Trans Union LLC</u>, who issues or requests this subpoena, are:
Wilbur E. Johnson, Clement Rivers, LLP, 25 Calhoun Street, Suite 400, Charleston, South Carolina, 29401,
Email: wjohnson@ycrlaw.com, Telephone: (843) 724-6659

Notice to the person who issues or requests this subpoena.
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

6453828.1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Civil Action No.: 2:22-cv-01292-BHH-MGB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                              *Server's signature*

                              _____
                                              *Printed name and title*

                              _____
                                              *Server's address*

Additional information regarding attempted service, etc.:

6453828.1

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

6453828.1

**EXHIBIT A**
**I. Definitions**

1. As used herein, the word "Documents" includes, but is not limited to, any designated documents or electronically stored information – including writings, drawings, graphs, charts, photographs, sound recordings, images, and other date or date compilations – stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

2. "You," "your," and "T-Mobile" means **"T-Mobile USA, Inc."** and its affiliates.

3. **"Bruce"** refers to **Nelson L. Bruce** with the following identifying information:

   | | |
   |---|---|
   | Name: | Nelson Leon Bruce |
   | Current Address: | P.O. Box 3345, Summerville, SC 29484 |
   | Previous Addresses: | 1605 Central Avenue, Suite 6, Summerville, SC 29483<br>4118 Genesee Avenue, San Diego, CA 92111<br>4501 Harbour Lake Drive, Goose Creek, SC 29445<br>4501 Habour Lake Drive, Apt. 9G, Goose Creek, SC 29445 |
   | Social Security #: | XXX-XX-7185 |
   | Date of Birth: | 09/28/1982 |
   | **Your Inquiry:** | **T-Mobile** inquiry dated **05/18/2020** |

**II. Documents to be Produced**

1. Any and all Documents in your possession, custody or control relating to or concerning any account held by or credit/underwriting application submitted by **Bruce** (see **Bruce** identifying information above), including but not limited to any account statements, credit, loan or underwriting applications which prompted **Your Inquiry** on his credit file dated **05/18/2020,** any corresponding documentation or paperwork accompanying the application, credit reports reviewed, interest rates offered, contracts/agreements executed, credit decisions, loan officer working file, daily rate sheets considered, underwriting notes/documents, increases or decreases of credit, any increases or decreases in interest rates, all disputes and correspondence to and from **Bruce** or anyone acting on his behalf, and any other documents in your files regarding **Bruce** from May 1, 2020, to the present.

2. A printout of your complete computer file relating to or concerning any account held by or credit/loan application submitted by **Bruce** (see **Bruce** identifying information above), including but not limited to any account statements, credit, loan, or underwriting applications which prompted **Your Inquiry** on his credit file dated **05/18/2020,** any corresponding documentation or paperwork accompanying the application, credit reports reviewed, interest rates offered, contracts/agreements executed, credit decisions, loan officer working file, daily rate sheets considered, underwriting notes/documents, increases or decreases of credit, any increases or decreases in interest rates, all disputes and correspondence to and from **Bruce** or anyone acting on his behalf, and any other documents in your files regarding **Bruce** from May 1, 2020, to the present.

3. Your complete paper file relating to or concerning any account held by or credit/loan application submitted by **Bruce** (see **Bruce** identifying information above), including but not limited to any account statements, credit, loan, or underwriting applications which prompted **Your Inquiry** on his credit file dated **05/18/2020,** any corresponding documentation or paperwork accompanying the application, credit reports reviewed, interest rates offered, contracts/agreements executed, credit decisions, loan officer working file, daily rate sheets considered, underwriting notes/documents, increases or decreases of credit, any increases or decreases in interest rates, all disputes and correspondence to and from **Bruce** or anyone acting on his behalf, and any other documents in your files regarding **Bruce** from May 1, 2020, to the present.

6453828.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>        Plaintiff,<br><br>v.<br><br>REV FEDERAL CREDIT UNION, TRANS UNION, LLC, and UNKNOWN DOES 1-100,<br><br>        Defendants. | CASE NO.: 2:22-cv-01292-BHH-MGB |

1. My name is _____. I am competent to testify and have personal knowledge of the facts stated herein.

2. I am employed by and am the custodian of records for **T-Mobile USA, Inc.** Attached hereto are ____ pages of records of **T-Mobile USA, Inc.**

3. The attached records were made at or near the time of the occurrence of the matters set forth in the attached records by, or from information transmitted by, a person with knowledge of those matters. The attached records were kept by **T-Mobile USA, Inc.** in the regular course of its business, and as a regular practice of **T-Mobile USA, Inc.** The attached records were made in the course of the regularly conducted business activities of **T-Mobile USA, Inc.** and as a regular practice of **T-Mobile USA, Inc.**

4. The records attached hereto are exact duplicates of the originals.

5. I declare under penalty of perjury that the forgoing is true and correct.

_____
Signature

Dated: _____

6453828.1

# T Mobile

Legal & Emergency Response
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697

December 20, 2023

T-Mobile Tracking ID: 4777912

I, Deisi Franco, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4777912 in response to a lawful request issued to the company.

Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 8435313943 | 01/01/2013 | 11/28/2023 | Subscriber Info |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*[signature]*

Legal & Emergency Response

TMOBILE 1

## Interpreting Subscriber Information

Your response includes subscriber information. Our query results in an Excel file with multiple rows. Not all rows appear on every report depending on the type of subscriber, their dates of service, and the nature of your request.

The rows present may be:

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | Name associated with billing for this phone number |
| Subscriber Address | Address associated with this phone number |
| Subscriber Status | Status of the account |
| Subscriber Name Effective Date | Date this name became associated with this phone number |

### Account Details:

| | |
|---|---|
| Activation Date | Account Activation Date |
| Termination Date | Cancellation/Termination Date, if it has been terminated |
| Account Name | Primary Accountholder's Name |
| Account No | Billing Account Number (BAN) |
| Account Effective Date | Current Account Status Effective Date |
| Account Expiration Date | Account Expiration Date, if it has been terminated |

### Device Details:

| | |
|---|---|
| Phone Model | Phone Model |
| ICCID | Integrated Circuit Card Identifier for the SIM card |
| IMSI | International Mobile Subscriber Identity |
| MDN Effective Date | Phone number begin date |
| MDN Expiration Date | Phone number end date |
| MSISDN No | Target number |
| MSISDN Status | Current status of this telephone number |
| MSISDN Market | Home market of this telephone number |
| MSISDN Name | Name associated with this telephone number |
| SIM | Subscriber Identity Module number associated with this phone number |
| IMEI | International Mobile Equipment Identity<br>Note: The IMEI information listed may not include all devices associated with the MSISDN during the date range in the legal demand. Usage reports (call details, data sessions, timing advance) are the best source for IMEI information, as the IMEI used for each transaction, as captured by the network, is included in the report. Please direct any questions regarding IMEI information to LER2@T-Mobile.com. |
| Begin Service Date | N/A |
| Device Network Type | GSM or CDMA (only displays for legacy MetroPCS customers |

### Billing Details:

| | |
|---|---|
| Bill Name | Name associated with billing for this phone number Subscriber |
| Bill Birth Date | birth date |
| Bill SSN | Subscriber Social Security Number |
| Bill Cycle | Bill cycle for postpaid subscribers |

v. 20231130

**T Mobile**

TMOBILE 2

| | |
|---|---|
| Bill Address | Subscriber address |
| Company Name | Business Name |
| Rate Plan | Subscriber Plan |
| Rate Plan Desc | Description of major features under the plan |
| Contact 1 | Primary contact phone number |
| Contact 2 | Secondary contact phone number |
| Brand | TMUS brand or MVNO providing service |
| Coupon | Prepaid Coupon Serial Number |
| Last Refilled | Last Prepaid Refill Date |

**Ported Details:**

| | |
|---|---|
| Ported Carrier | Company to which the number has been ported if known |

PLEASE NOTE: You may receive multiple subscriber information files if the target has used their SIM card with multiple devices or if the subscriber's line has been suspended numerous times within your target timeframe.

## MVNO/Wholesale Accounts

T-Mobile US Inc. partners with select wholesale providers. T-Mobile does not possess subscriber information for MVNO accounts. If your subscriber report contains any of the following names in the "BRAND" field, that account is associated with a wholesale provider. For subscriber information on wholesale accounts, please direct your request to the wholesale company indicated in the field "BRAND."

Contact information for wholesale partners continued on the following pages.

v. 20231130

T‑Mobile

TMOBILE 3

## T-MOBILE WHOLESALE PARTNERS

| Brand | MVNO Company Name | MVNO Address |
|---|---|---|
| Always Connect Solutions, LLC | Always Connect Solutions, LLC | Always Connect Solutions, LLC<br>604 N Sterling St., Nampa, ID 83651  Tel: 208-949-4000 |
| Bark Mobile | Bark Mobile | Bark Mobile<br>3423 Piedmont Rd NE Ste 360<br>Atlanta, GA 30305<br>Tel: 949-371-9176, Email: brandon@bark.us |
| Cintex (PWG) | Prepaid Group Wireless LLC (PWG) | PWG<br>6100 Executive Blvd, Ste 202, Rockville, MD 20852 Attn: Kim Corrigan<br>Tel: 301-363-4303, Email: kim@pwgns.com |
| Consumer Cellular | Consumer Cellular | Consumer Cellular<br>7204 SW Durham Road, Suite 300, Portland, Oregon 97224<br>Tel: 888-750-5519 |
| Dish MVNO | DISH | Lawful Intercept Tel: 720-213-5735, Fax 866-217-4097, Email: courtorders-dish@subsentio.com<br>Records Production Tel: 877-510-4357 Option 2, Fax: 703-953-3643 Email: rp-dish@subsentio.com<br>24/7 Emergencies Tel: 877-510-4357 Option 1, Fax: 703-953-3643 Email: emergency@subsentio.com<br>Mailing Address: Subsentio, LLC 14900 Bogle Drive, Suite 101, Chantilly, VA 20151 |
| Enfotrace | EnfoTrace | EnfoTrace<br>33 Hammond St. #201, Irvine, CA 92618<br>Tel: 213-840-0350 |
| iWireless | iWireless | iWireless<br>1 Levee Way, Ste 3116<br>Newport, KY<br>Tel: 859-802-8421<br>E-mail: scullen@iwirelesshome.com |
| Kajeet | Kajeet Inc. | Kajeet Inc.<br>Legal Department - General Counsel<br>7901 Jones Branch Dr., Suite 350, McLean, Virginia 22102<br>Tel: 240 482 3480, Fax: 240 482 3481 |
| Lycaplus | LycaMobile, LycaMobile Plus | LycaMobile Subpoena Compliance Custodian of Records 570 Broad Street, Newark, NJ 07102<br>Tel: 973-286-0771, Fax: 973-286-0773<br>E-mail: subpoenacompliance@lycamobile.com |
| MVNO Connect | MVNO Connect | MVNO Connect<br>30 N. Gould St. Ste. R<br>Sheridan, WY 82801<br>E-mail: greg@mvnoconnect.net |
| Nova | Nova | Google Legal Investigations Support<br>1600 Amphitheatre Parkway Mountain View, CA 94043<br>Tel: 650-253-3425 |
| Numerex | Numerex | Numerex<br>400 Interstate North Pkwy. Suite 1350, Atlanta, GA 30339<br>Tel: 800-665-5686 |
| Orbcomm | Orbcomm | Orbcomm<br>22970 Indian Creek Dr. #300, Sterling, VA 20166<br>Tel: 301-693-7611, Tel: 703-433-6455 |
| Plintron | Plintron | Plintron Subpoena Team<br>10900 NE 8th Street, Suite 1000, Bellevue, WA 98004<br>Tel: 512-615-7791, Fax: 425-274-7023 Email: PA-subpoena@plintron.com |
| Procon | Procon | Procon<br>2035 Lakeside Centre Pkwy. Ste 125, Knoxville, TN 37922<br>Tel: 865-694-2704 |
| QLink | Q Link Wireless | Q Link Wireless<br>499 E Sheridan St., Ste 400<br>Dania, FL 33004<br>Tel: 877-642-1911 |
| Raco | Raco Wireless/Raco Industries | Raco<br>5480 Creek Rd., Cincinnati, OH 45242<br>Tel: 800-509-3677 |
| Republic Wireless | Subsentio | Republic Wireless C/O Subsentio<br>14900 Bogle Dr 101, Chantilly, VA 20151<br>Tel: 877-510-4357 x1 |

v. 20231130

T Mobile

TMOBILE 4

| | | |
|---|---|---|
| Skydio Inc. | Skydio Inc. | Skydio Inc.<br>3000 Clearview Way, San Mateo, CA 94402<br>Tel: 1-855-463-5902<br>Email: Frank.Kenniasty@skydio.com |
| Simple Mobile | Simple Mobile | TracFone Wireless Inc. d/b/a Simple Mobile Subpoena Compliance 9700 NW 112th Ave., Miami, FL 33178<br>Tel: 800-810-7094, Fax: 305-715-6932<br>*Emergencies only: 800-820-8632 |
| Ting MVNO | Ting Inc. | Ting Inc.<br>800D Louisville Street Starkville, Mississippi 39759 Tel: 855-846-4389, Fax: 416-531-5584<br>Email: compliance@ting.com, *Emergencies only: 844-276-1773 |
| Tracfone | TracFone Wireless Inc. | TracFone Wireless Inc. Subpoena Compliance 9700 NW 112th Ave., Miami, FL 33178<br>Tel: 800-810-7094, Fax: 305-715-6932<br>*Emergencies only: 800-820-8632 |
| Twilio | Twilio Inc. | Twilio Inc.<br>375 Beale St. Ste 300, San Francisco, CA 94105<br>Tel: 844-264-7228, Tel: 415-683-7921 |
| Ultra | Ultra Mobile | Ultra Mobile<br>3420 Bristol Street, 6th Floor Costa Mesa, CA 92626 Tel: 855-846-6314, Fax: 949-900-1093<br>Email: ler@ultra.me |
| VW Connected Car | Volkswagen Connected Car | David L. Cox<br>2200 Woodland Pointe Avenue, Herndon, VA 20171<br>Tel: 703-364-7762, Email: david.cox@vw.com |
| Walmart | Walmart Family Mobile | TracFone Wireless Inc. Subpoena Compliance 9700 NW 112th Ave., Miami, FL 33178<br>Tel: 800-810-7094, Fax: 305-715-6932<br>*Emergencies only: 800-820-8632 |

| | | |
|---|---|---|
| Provided On: | December 18, 2023 | **T··Mobile·** |
| Tracking ID: | 4777912 | |
| RE: | 8435313943 | |
| Case No.: | 2:22-cv-01292-BHH-MGB | |

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | LEON BRUCE |
| Subscriber Address | 144 PAVILION ST SUMMERVILLE SC 29483-8444 |
| Subscriber Status | C |
| Subscriber Name Effective Date | 03/17/2023 |

### Account Details:

| | |
|---|---|
| Activation Date | 11/23/2018 |
| Termination Date | 01/26/2023 |
| Account Name | NELSON L BRUCE |
| Account No | 920224425 |
| Account Effective Date | 03/17/2023 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| Phone Model | LG K7 SILVER TMUS KIT RSU |
| ICCID | 8901260793970995961F |
| IMSI | 310260797099596 |
| MDN Effective Date | 11/23/2023 |
| MDN Expiration Date | |
| MSISDN No | 8435313943 |
| Device Network Type | G |
| Device Number | 359696073238661 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 5

TMOBILE 6

| | | |
|---|---|---|
| Provided On: | December 18, 2023 | |
| Tracking ID: | 4777912 | |
| RE: | 8435313943 | |
| Case No.: | 2:22-cv-01292-BHH-MGB | |

**T- -Mobile-**

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | LEON BRUCE |
| Subscriber Address | 144 PAVILION ST SUMMERVILLE SC 29483-8444 |
| Subscriber Status | C |
| Subscriber Name Effective Date | 03/17/2023 |

### Account Details:

| | |
|---|---|
| Activation Date | 11/23/2018 |
| Termination Date | 01/26/2023 |
| Account Name | NELSON L BRUCE |
| Account No | 920224425 |
| Account Effective Date | 03/17/2023 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| Phone Model | MOT E5 PLAY 16G GRY TMUS RSU |
| ICCID | 8901260351942212997F |
| IMSI | 310260354221299 |
| MDN Effective Date | 11/23/2023 |
| MDN Expiration Date | |
| MSISDN No | 8435313943 |
| Device Network Type | G |
| Device Number | 351841092962812 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 2 of 5

TMOBILE 7

| | |
|---|---|
| Provided On: | December 18, 2023 |
| Tracking ID: | 4777912 |
| RE: | 8435313943 |
| Case No.: | 2:22-cv-01292-BHH-MGB |

# T--Mobile-

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | LEON BRUCE |
| Subscriber Address | 144 PAVILION ST SUMMERVILLE SC 29483-8444 |
| Subscriber Status | C |
| Subscriber Name Effective Date | 03/17/2023 |

### Account Details:

| | |
|---|---|
| Activation Date | 11/23/2018 |
| Termination Date | 01/26/2023 |
| Account Name | NELSON L BRUCE |
| Account No | 920224425 |
| Account Effective Date | 03/17/2023 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| Phone Model | MOT E5 PLAY 16G GRY TMUS RSU |
| ICCID | 8901260351942212997F |
| IMSI | 310260354221299 |
| MDN Effective Date | 11/23/2023 |
| MDN Expiration Date | |
| MSISDN No | 8435313943 |
| Device Network Type | G |
| Device Number | 351841092962812 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 3 of 5

TMOBILE 8

# T· ·Mobile·

| | |
|---|---|
| Provided On: | December 18, 2023 |
| Tracking ID: | 4777912 |
| RE: | 8435313943 |
| Case No.: | 2:22-cv-01292-BHH-MGB |

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | LEON BRUCE |
| Subscriber Address | 144 PAVILION ST SUMMERVILLE SC 29483-8444 |
| Subscriber Status | A |
| Subscriber Name Effective Date | 03/17/2023 |

### Account Details:

| | |
|---|---|
| Activation Date | 01/26/2023 |
| Termination Date | |
| Account Name | NELSON L BRUCE |
| Account No | 920224425 |
| Account Effective Date | 03/17/2023 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| Phone Model | MOT E5 PLAY 16G GRY TMUS RSU |
| ICCID | 8901260351942212997F |
| IMSI | 310260354221299 |
| MDN Effective Date | 11/23/2023 |
| MDN Expiration Date | |
| MSISDN No | 8435313943 |
| Device Network Type | G |
| Device Number | 351841092962812 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 4 of 5

TMOBILE 9

| | | |
|---|---|---|
| Provided On: | December 18, 2023 | **T· ·Mobile·** |
| Tracking ID: | 4777912 | |
| RE: | 8435313943 | |
| Case No.: | 2:22-cv-01292-BHH-MGB | |

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | LEON BRUCE |
| Subscriber Address | 144 PAVILION ST SUMMERVILLE SC 29483-8444 |
| Subscriber Status | A |
| Subscriber Name Effective Date | 03/17/2023 |

### Account Details:

| | |
|---|---|
| Activation Date | 01/26/2023 |
| Termination Date | |
| Account Name | NELSON L BRUCE |
| Account No | 920224425 |
| Account Effective Date | 03/17/2023 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| Phone Model | MOT E5 PLAY 16G GRY TMUS RSU |
| ICCID | 8901260351942212997F |
| IMSI | 310260354221299 |
| MDN Effective Date | 11/23/2023 |
| MDN Expiration Date | |
| MSISDN No | 8435313943 |
| Device Network Type | G |
| Device Number | 351841092962812 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 5 of 5

TMOBILE 10