UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, ) | |
| ) | CIVIL ACTION NO. 2:22-cv-01292-BHH-MGB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Trans Union LLC (Trans Union); and ) | |
| Unknown Does 1-100, ) | |
| ) | |
| Defendants ) | |

## MOTION TO WITHDRAWAL AS COUNSEL

Non-party Bank of America NA (the "Bank") respectfully moves this court to allow its counsel, T. Richmond McPherson, III, to be allowed to withdraw as counsel for the Bank. In support of this request, the Bank shows the following:

Plaintiff's Motion to Compel against the Bank has been resolved pursuant to the Court's Order dated July 31, 2024 [ECF 205] and his appearance is no longer needed.

WHEREFORE, the undersigned, T. Richmond McPherson, III, respectfully requests that this Court enter an Order granting the undersigned's Motion to Withdraw as Counsel of Record for the Bank.

Dated: February 6, 2025

**BOWMAN AND BROOKE LLP**

*/s/ T. Richmond McPherson, III*
T. Richmond McPherson III (Fed. Bar No. 11214)
1942 East Seventh Street, Suite 360
Charlotte, NC 28204
Telephone: (980) 987-3712
Rich.Mcpherson@bowmanandbrooke.com

1

## CERTIFICATE OF SERVICE

    I certify that on February 6, 2025, I filed a copy of the foregoing document via the Court's CM/ECF system, which will automatically serve all counsel of record.

                                            */s/ T. Richmond McPherson, III*
                                            T. Richmond McPherson III (Fed. Bar No. 11214)