# Exhibit A-1

## 12.3.20 Dispute Redacted

0ERROR CODE: 000000-Success

---

IMAGE #: NONE

FIN: ▆▆▆▆▆▆▆▆           SSN: ▆▆▆▆▆▆▆▆

PID:  329868726425      NELSON L BRUCE
                        3345    PO BOX , SUMMERVILLE, SC 29484

                        DOB: ▆▆▆▆▆▆▆

---

PUBLIC RECORD DISPUTES:

DOCKET #: 1702941      TYPE: 3D          SUBCODE:5067592

CLAIMS P3
CLAIM DESC: Not His/Hers

---

TRADELINE DISPUTES:

ACCT #: ▆▆▆▆▆▆▆▆0121       NAME: HERITAGE TRUST FCU       SUBCODE:601D001

CLAIM: A2
CLAIM DESC: Not his/hers. Provide or confirm complete ID.

COMMENTS:  Times Disputed In Last 120 Days: 0

TU 10