# Exhibit A-2

REV ACDV Redacted

```
      DEPT:
SUBSCRIBER RESPONSE DATE:   12/11/20                      CONTROL:              260  001     IMAGE: YES - 0
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 12/30/20    DATE ENTERED: 12/03/20        DATE RECD: 12/03/20
                                                          VERF    SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
     NAME: NELSON L BRUCE                                 (S) NAME:
     AKA:                                                     AKA:
     ADDR: PO BOX 3345                                    (D) ADDR: 144 PAVILION ST
           SUMMERVILLE, SC 29484-3345                              SUMMERVILLE, SC 29483
     PREV:                                                    PREV:

     SSN:                                                 (S) SSN:
     DOB:                                                 (S) DOB:
     PHONE:                                                   PHONE:
CONSUMER    Not his/hers. Provide or confirm complete ID.
DISPUTE:
CONSUMER MESSAGE:  Times Disputed In Last 120 Days 0

RESPONSE CODE:   01 ACCT INFO ACCURATE AS OF DATE REPORTED
-------------------------------------------------------------------------------------------------------------------
SUPPRESS?:                              UPDATE?:          AUTH BY: Jessica Cartrette                / 843-832-2635
-------------------------------------------------------------------------------------------------------------------
SUBSCRIBER:  Heritage Trust FCU             ACCOUNT #:              0121        SUB.CODE:  601D001   OPEN DATE: 06/07/16

   UPDATE?       ACCOUNT STATUS      PAYMENT RATING      COMPL COND CODE      SPECIAL COMMENTS      CONS INFO IND

      ORIGINAL-->      97
                   PORF TP.      ACCOUNT TP.            ECOA                 PAYMENT AMT            PAYMENT DATE

      ORIGINAL--> O           DR: DEP ACCT O/D PRTN     I
                   OPENED            EFFECTIVE                               CURRENT BLNC           PAST DUE

      ORIGINAL--> 06/07/16        12/01/20                                       $471                  $471
                   CLOSED                                                    CREDIT LIMIT           HIGH CREDIT

      ORIGINAL--> 08/01/19                                                                             $571
                   DT 1ST DEL     ORIG CHRG OFF                              PP START DT    PYMT PATTERN    ORIGINAL PP
                                                                                11/2020                                L
      ORIGINAL--> 05/08/19         $571                                         11/2020                     LLLDLLLLLLDL
                   TERMS (DUE AMT/FREQ/DUR)              ORIGINAL CLIENT - CLASS                            LLLB

      ORIGINAL-->  / /
                   SP. PAYMENT (BALLOON AMT - DUE DT)    SP. PAYMENT (DEFERRED DT)

      ORIGINAL-->
                   PORTFOLIO SALE                        MORTGAGE (ID#/ACCT#/AGCY)

      ORIGINAL-->
-------------------------------------------------------------------------------------------------------------------
         ACCT      PAYMENT     COMPLIANCE       SPECIAL      CONSUMER   !  ACCT     RATING      CMPLNC     GENERIC    AFFIL
         STATUS    RATING      CONDITION CD     COMMENTS     INFO IND   !  RATING   REMARK      REMARK     REMARK     REMARK
RECEIVED                                                                !
ORIGINAL   97                                                           !    L       PRL

                       FIRST       MIDDLE       LAST       GEN
                       NAME        NAME         NAME       SUFFIX      RESULT
NAME VERIFICATION FLAGS (S)        (S)          (S)                     (S)
```

TU 21