# Exhibit A-3

Verification Redacted

```
Dispute Line Item - Public Record, Cont. (        -260-02)
  Thursday, December 03, 2020

--------------------------
Information For Consumers
--------------------------
                Data Furnisher:  USBK COURT SOUTH CAROLINA (ZP
                                 5067592)
            Public Record Type:  CH 13 BANKRUPTCY DISMISSED/CLOSED
                 Docket Number:  1702-941

                      Disputes:  P3: Not His/Hers

                   Received On:  Thursday, December 3, 2020
                           Via:  Automated Internet Dispute
                Current Status:  Request completed, credit report
                                 updated

       Data Furnisher Response:  Verified as reported
      Ownership Verification Of: Name,SSN
                   Notes(DAVE):  VAR 01 05
           CC/Results Verbiage:  VERIFIED AS ACCURATE


---------------------------------
Information For Internal Use Only
---------------------------------
          Dispute Processed On:  Thursday, December 3, 2020
                           At:  6:32:14 pm
                           By:  DSS Dispute (CRS9REQS)
                           At:  TU Corporate

         Response Processed On:  Friday, December 4, 2020
                           At:  7:55:46 pm
                           By:  CCSBotA  (CCSBOTA)
                           At:  Crum Lynne, PA
```

TU 27

```
Dispute Line Item - Public Record (        -260-02)
   Thursday, December 03, 2020
   FILE A
Subscriber      USBK COURT SOUTH
                CAROLINA
                (ZP5067592)
                Original                    Change
                --------                    ------


Docket Nbr      1702941
Recrd Type      3D: CH 13 BANKRUPTCY
                DISMISSED/CLOSED
Orig Amt
Balance
Source Typ      BK: US Bankruptcy
                Court
Plaintiff
Attorney        PRO SE

ECOA            I: Individual Debt
Assets
Liabilities
Dt Paid         07/07/2017
Dt Filed        06/13/2017
Effect Dt       08/25/2017
Supprs Rsn
Supprs Dt
EDD             05/13/2024
```

TU 28