# Exhibit A-4

Results Redacted

\*\*\* ▆▆▆▆-269 \*\*\*

12/12/2020



P-I000001-
NELSON L. BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484-3345

Dear NELSON L. BRUCE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

TU 357

P -I000001    01/16

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

**For ACCOUNTS:**

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

**For PUBLIC RECORDS:**

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |


*000009*

TU 358

P -I000002     02/16

# TransUnion Credit Score

NELSON L. BRUCE



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>12/12/2020<br>Based on your TransUnion credit report, this is a depiction of your creditworthiness. | Unavailable<br>(See Below)<br>The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Unavailable<br>(See Below)<br>Your credit ranks higher than --% of the nation's population. |

**Summary**
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

TU 359

P -I000003    03/16

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED:** A change was made to the item(s) based on your dispute.

**REVFCU #**█████████████**** ( PO BOX 118000, CHARLESTON, SC 29423-8000, (843) 832-2600 )

We investigated the information you disputed and updated: **Not specified**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| **Date Opened:** 06/07/2016 | **Balance:** $471 | **Pay Status:** | >Charged Off< |
| **Responsibility:** Individual Account | **Date Updated:** 12/01/2020 | **Date Closed:** | 08/01/2019 |
| **Account Type:** Open Account | **High Balance:** $571 | | |
| **Loan Type:** DEPOSIT ACCT OVRDRFT PROTECTN | **Original Charge-off:** $571 | | |
| | **Past Due:** >$471< | | |

**Remarks:** >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 04/2026

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | N/R | C/O | C/O | C/O | C/O | C/O | C/O | N/R |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O |

------------------------------------------------------------




TU 360

P -I000004    04/16

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**USBK COURT SOUTH CAROLINA Docket #: 1702941** ( 1100 LAUREL STREET, COLUMBIA, SC 29201, (803) 765-5436 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Filed:** | 06/13/2017 | **Type:** | CH 13 BANKRUPTCY | **Court Type:** | US Bankruptcy Court |
| **Date Paid:** | 07/07/2017 | | DISMISSED/CLOSED | | |
| **Date Updated:** | 08/25/2017 | **Responsibility:** | Individual Debt | **Plaintiff Attorney:** | PRO SE |

**Estimated month and year that this item will be removed:** 05/2024

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**File Number:**  
**Date Issued:** 12/12/2020

Page 6 of 7

> **INFORMATION UPDATED:  In response to your request, a change was made to this item(s).**

**SECURITY FREEZE**: This section of your report was updated as follows:

**SECURITY FREEZE:** This file has been frozen or locked at the consumer's request.
(Note: This statement has no expiration date.)

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■



*E00000*

TU 362

P -I000006        06/16

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months for any other purpose.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available. Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM ET, Monday through Friday, except major holidays.

TU 363

P -I000007          07/16



TU 364

P -I000008     08/16

## Summary of Rights

**GENERAL SUMMARY OF RIGHTS UNDER THE FCRA**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to:  Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free.  You are entitled to a free disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore  for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely

TU 365

P -I000009    09/16

approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

*100000*

TU 366

P -I000010    10/16

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 -9050<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br><br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |

TU 367



**Fraud Victim Rights**

| SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT |
|---|

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, a victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

   A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

   To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies using the contact information below.

2. **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

   To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

   You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

3. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

5. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

TU 369

P -I000013   13/16

**6. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your <u>identity theft report</u>. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

**7. You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

TU 370

P -I000014     14/16

## Credit Fraud Prevention Toolkit

**Stop fraud before it happens — control the damage if it does**

**PROTECT YOURSELF AGAINST CREDIT FRAUD**

*Know your credit report*
Monitoring your credit is the first step in preventing fraud. Order your credit report at least once a year and immediately report any unfamiliar accounts or charges.

*Your rights under the FACT Act*
The Fair and Accurate Credit Transactions (FACT) Act was signed into law in December 2003. This law incorporates new privacy regulations, identity theft protection, dispute procedures and the distribution of free annual Personal Credit Reports. This means that you can review a free copy of your Personal Credit Report every 12 months. You can request your FACT Act Personal Credit Reports from each of the credit reporting agencies online at www.annualcreditreport.com. You can also submit your request by calling (877) 322-8228 or by mail (see details online).

*Guard your identity*
Destroy credit card and bank statements, credit card offers, and credit card receipts before discarding. Carry only the identification and credit cards you need that day. Never carry social security cards, birth certificates, or passports unless you have to. Don't print your social security number on your driver's license.

*Memorize PINs and passwords*
Don't write down or carry PINs or passwords with you. Choose a password or PIN that's easy to remember, and memorize it. But be careful to avoid obvious passwords like birthdays, phone numbers, or addresses.

*Avoid credit repair scams*
So-called "credit repair" companies can't do anything to repair your credit other than what you could do yourself. All they can do is dispute information contained on your report and have inaccuracies corrected for no charge. However, they often use deceptive or even illegal practices. If you believe a credit repair company is breaking the law, report them to your state authorities and the Federal Trade Commission (FTC).

*Protect your information*
Keep a copy of all account information, including account numbers, expiration dates, and telephone numbers for fraud departments and customer service in a secure place. Never disclose social security numbers or other personal information over the telephone or Internet unless it is to a trusted source.

*Watch for the signs*
The sooner you detect credit fraud, the less damage it can do. Know the warning signs and be ready to act. Watch for missing statements or bills, unusual charges on your accounts, incoming letters informing you that you've been approved or denied credit you didn't apply for, or bills and statements you don't recognize.

*Act quickly*
If you have any reason to suspect credit fraud, contact banks, creditors, and the three main credit information providers immediately. You can get access to your credit report at www.transunion.com.

Remember, you're entitled to copies of your report at no charge if you think you have been the victim of identity theft:

| | | |
|---|---|---|
| TransUnion | Experian | Equifax |
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19016 | Allen, TX 75013 | Atlanta, GA 30374 |
| (800) 680-7289 | (888) 397-3742 | (800) 525-6285 |

*If you have any questions or need advice, call (800) 680-7289 to contact the Fraud Victim Assistance Department today.*

**Contain, restore, and rebuild**
*Steps to recover from credit fraud*

**Step 1: Add a fraud alert**
Have TransUnion add an initial, extended, or active duty fraud alert to your credit file advising potential creditors to contact you personally before approving any applications made in your name. You only need to make a single request, and we will automatically inform the other two national credit reporting agencies.

**Step 2: Inspect your credit reports**
Visit www.transunion.com or call (800) 680-7289 to request your report. Dispute all information that you don't recognize. Provide a copy of your police report, a notarized FTC fraud affidavit, or other relevant documentation of proof with your dispute.

**Step 3: Report the fraud**
Notify your local, state, and federal law enforcement offices immediately. Be sure to request a case number and a copy of the police report to provide TransUnion's Fraud Victim Assistance Department.

**Step 4: Contact credit financial institutions**
Notify your credit institutions and banks as soon as possible. Document the fraud to avoid responsibility for fraudulent debts. Keep a log of all phone conversations, including names of people with whom you spoke.

## Credit Fraud Prevention Toolkit

**Step 5: Checks and social security number**

Notify your bank to stop checks. You can also report stolen checks, file a complaint with the Social Security Administration and more by calling the numbers below:

| | |
|---|---|
| Social Security Administration<br>www.ssa.gov | (800) 269-0271 |
| SCAN<br>www.consumerdebt.com | (800) 262-7771 |
| Checkrite/Global Payments<br>www.globalpaymentinc.com | (800) 638-4600 |
| TeleCheck<br>www.telecheck.com | (800) 710-9898 |
| ChexSystems/E-Funds<br>www.chexhelp.com | (800) 328-5121 |

**Get help to rebuild**

If you need assistance, the TransUnion Fraud Victim Assistance Department is always ready to help at (800) 680-7289. The FTC can also help at (877) ID-THEFT or www.consumer.gov/idtheft. Identity Theft resolution services for individuals, employers, banks, insurers, and other groups are available through RelyData, LLC. Contact them at (877) 735-9282 or visit www.relydata.com

**PROTECT YOUR MOST VALUABLE ASSET — YOUR IDENTITY**

*Prevent identity fraud and keep your credit safe*

As a leading provider of credit information solutions, TransUnion is your first line of defense in protecting yourself against credit fraud. From preventative advice to investigations and credit restoration assistance, we're always just a phone call away. Whatever your concern, the TransUnion Fraud Victim Assistance Department is ready to help. Credit fraud occurs when somebody else uses your identity to obtain credit. If successful, the criminal can incur substantial debts in your name, force the closure of your bank accounts and credit cards, and even prevent you from being able to buy a car, a home, or more. Following these simple steps can go a long way towards protecting yourself from credit fraud.

*Ten steps to prevent identity fraud*

- Watch your mail for missing statements or bills
- Carry the minimum amount of credit cards with you
- Don't include your social security number on your driver's license
- Destroy documents before discarding, preferably by shredding
- Check your credit report regularly
- Keep a record of credit and bank information in a safe place
- Never disclose personal information over the telephone or Internet unless it is to a trusted source
- Balance your checkbook regularly and watch for skipped check numbers or unfamiliar amounts
- Stay alert and act immediately if you become suspicious
- Guard against identity theft with weekly fraud-watch emails from www.transunion.com

Consumers can get their free annual personal credit report online at www.annualcreditreport.com or by calling (877) 322-8228.

Questions? Visit our Web site at www.transunion.com or call 1-800-680-7289 to contact the TransUnion Fraud Victim Assistance Department today.



*P05050*

**TU 372**

P -I000016     16/16