# Exhibit A-5

Correspondence Redacted

| | | |
|---|---|---|
| **FROM:** | Nelson Bruce<br>P.O. Box 3345<br>Summerville, South Carolina 29484<br>SSN: \*\*\*-\*\*-▮▮▮▮ \| DOB: ▮▮▮▮ | **Date:** January 30th, 2021<br>**Manner of Dispute:** Priority Mail |
| **TO:** | Transunion Consumer Solutions<br>P.O. Box 2000<br>Chester, PA 19022-2000<br>**Via Priority Express Mail:** EE 332 880 879 US | |
| | Re: File I.D. #: ▮▮▮▮▮▮ / Report Date 12-12-2020 | |

Dear to whom this may concern,

On 12-12-2020 Transunion Claimed they have allegedly **"VERIFIED AS ACCURATE"**, the bankruptcy being reported on my credit report. Attached is a letter dated **4-11-2018,** which I received directly from the Bankruptcy Court stating that **"The Bankruptcy Court does not report the records of the Court to any credit bureau"**, therefore you did not verify this public record with the court. I demand that this be removed and deleted from my credit report immediately or I will file a lawsuit against Transunion. This letter shall be document proof of my notice and intent to seek my remedy in court if this is not deleted immediately from my credit report.

Sincerely,

By: **/s/ Nelson Bruce**
Nelson Bruce, Natural Man
All Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1-103.6

OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

Laura A. Austin
Clerk of Court

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803)765-5436
www.scb.uscourts.gov

## NOTICE

DATE: April 11, 2018

TO: Nelson Bruce
PO Box 3345
Summerville sC 29483

    The Bankruptcy Court is in receipt of your correspondence dated March 30, 2018. The Bankruptcy Court does not report the records of the Court to any credit bureau. Pursuant to 11 U.S.C. § 107(a), all documents filed in a bankruptcy case are public records, unless otherwise ordered. More information about credit reporting is available through the Federal Trade Commission at 202-326-2222 or www.ftc.gov.

    Any request concerning a bankruptcy on your credit report should be directed to the credit reporting agencies. You may contact the credit reporting agencies directly at:

Equifax - www.equifax.com/ 1-800-685-1111
Experian - www.experian.com/ 1-888-397-3742
TransUnion - www.transunion.com/ 1-800-916-8800

    Copies of any documents filed with the Bankruptcy Court may be obtained by written request indicating the specific documents that you require accompanied by a self-addressed stamped envelope. The charge for copies is $0.50 per page. You will need to contact the Court at 803-765-5045 to determine the correct amount to send. Remittance should be in the form of cash, a certified check or a United States Postal Service money order.

    All employees of this office are prohibited from giving legal advice, and therefore, are not permitted to respond to questions you may have that seek legal advice. Should you need further guidance, you may wish to consult an attorney.

Laura A. Austin, Clerk of Court
United States Bankruptcy Court

BY: _____
S. Greene, Deputy Clerk

TU 63



Report Created On: 12/12/2020
File Identification Number: ███████████
Provided by TransUnion Consumer Relations

# Your Investigation Results

**INVESTIGATION RESULTS - INFORMATION UPDATED:** A change was made to the item(s) based on your dispute.

We investigated the information you disputed and updated: **Not Specified**. Here is how this item appears on your credit report following our investigation.

REVFCU
PO BOX 118000
CHARLESTON, SC 29423-8000

### Account Details

| | |
|---|---|
| Account Number | ███████████**** |
| Name | REVFCU |
| | PO BOX 118000 CHARLESTON, SC 29423-8000 |
| | (843) 832-2600 |
| Date Opened | 06/07/2016 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | DEPOSIT ACCT OVRDRFT PROTECTN |
| Balance | $471 |

TU 64

| | |
|---|---|
| Original Amount | $571 |
| Original Charge-off | $571 |
| Past Due | $471 |
| Pay Status | >Charged Off< |
| Date Closed | 08/01/2019 |

## Payment History

| Rating | |
|---|---|
| Nov 2020 | Charge Off |
| Oct 2020 | Charge Off |
| Sep 2020 | Charge Off |
| Aug 2020 | Charge Off |
| Jul 2020 | Not Reported |
| Jun 2020 | Charge Off |
| May 2020 | Charge Off |
| Apr 2020 | Charge Off |
| Mar 2020 | Charge Off |
| Feb 2020 | Charge Off |
| Jan 2020 | Charge Off |
| Dec 2019 | Not Reported |
| Nov 2019 | Charge Off |
| Oct 2019 | Charge Off |
| Sep 2019 | Charge Off |

Aug 2019                                                      Charge Off

## INVESTIGATION RESULTS - INFORMATION UPDATED: A change was made to the item(s) based on your dispute.

We investigated the information you disputed and updated: **Not Specified**. Here is how this item appears on your credit report following our investigation.

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. Here is how this item appears on your credit report following our investigation.

USBK COURT SOUTH CAROLINA
1100 LAUREL STREET
COLUMBIA, SC 29201

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR

2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR

3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR

4. Asked the lender reporting the information you disputed to do all of the following:

   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information

Dispute Results                                                          https://service.transunion.com/dss/disputeResults.page

- Update their records and systems, if necessary

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. You will see your detailed investigation results above, including the business name and contact details of the source of the information. Please review the results carefully. To review a full copy of your current credit report, please go to transunion.com/fullreport and login using the same username and password you use on this site. Then follow the order process to request a free disclosure of your full credit report.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation is shown above it, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of your investigation results.

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand Your Investigation Results.

### For ACCOUNTS:

**Balance:** The balance owed as of the date the account was verified or reported

**Credit Limit:** The maximum amount of credit approved by the creditor on the account

**Date Opened:** The date the account was opened

**High Balance:** The highest amount ever owed on an account

**Original Charge Off:** If applicable, the amount charged off due to non-payment of the account

**Past Due:** The amount past due as of the date the account was verified or reported

**Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold or transferred, it represents the last reported status of the account.

**Remarks:** If applicable, the creditor may provide additional information here related to the account

**Last Payment Made:** The date the creditor received the last payment on the account

**Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account

**Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account

**Terms:** The monthly payment amount or monthly minimum payment due on the account

## For PUBLIC RECORDS:

**Court Type:** The court where the item was filed

**Date Filed:** The date the item was filed

**Date Paid:** The date the item was paid or otherwise, dismissed or discharged

**Docket Number:** The number assigned to the item by the court

**Plaintiff:** The name of the party who initiated the item

**Type:** The nature of the public record filed

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings describe the payments that may be reported by your creditors and will help you understand any updates to your **Payment History**, if applicable to **YOUR INVESTIGATION RESULTS**. Any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

**If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a consumer statement to your credit report.** A consumer statement is your explanation of why you disagree with a certain item on your credit report. Any lender who pulls your credit report will be able to see your consumer statement. Please note, if you include medical information in your consumer statement, you are allowing TransUnion to include that in any credit report we issue on your behalf.

- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report, you can dispute with the company that reported it using the contact information listed for that lender on the Credit Report tab.

- **Provide us other information or documents about your dispute.** If you have new information about the change you requested (for example, documents that directly relate to the information you are disputing), please visit www.transunion.com/dispute and let us know you are filing a repeat dispute.

- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months for any other purpose.

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Important Information About Your Rights Under the Law

To see your rights under federal law, visit https://www.transunion.com/legal/bill-of-rights/general. This page provides important details about your rights under the Fair Credit Reporting Act and applicable state laws that relate to the dispute process. Consumers who believe they may be possible victims of fraudulent activity may also visit www.transunion.com/fraud-alerts.

## Should You Wish to Contact TransUnion

Please have your TransUnion FILE IDENTIFICATION NUMBER available. Your unique FILE IDENTIFICATION NUMBER is ██████████ and is also located at the top of this page.

### Online:

To dispute information contained in your credit report, please visit the Dispute Center or go to www.transunion.com/disputeonline

For more information please visit our main dispute FAQ on TransUnion.com or go to https://www.transunion.com/credit-disputes/credit-disputes-faq

### By Mail:

TransUnion
P. O. Box 2000
Chester, PA 19016-2000

### By Phone:

(800) 916-8800

Our hours are 8:00 AM - 11:00 PM ET, Monday through Friday, except major holidays.

Want to review your credit report? Go to the Credit Report tab to see your credit report information as it appeared at the time we completed your dispute. Or, click here and login using the same username and password you use on this

TU 69

website. Then follow the order process to request a free disclosure of your full credit report.

TU 70

**PRESS FIRMLY TO SEAL**

  

1007   19016

U.S. POSTAGE PAID
PME 2-Day
SUMMERVILLE, SC
29485
FEB 01, 21
AMOUNT
**$0.00**
R2305K142417-35

POSTAGE PAID - TAXE PERCUE
IMM 742.1/742.2 UPU RL 114(2.2)
_____ Stamp/Seal
Foreign Office of Origin

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE (843) 437-7901

Nelson Bruce
P.O. Box 3345
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.®
[zipcode exempt - DMM 602 1.3e(2)]

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (800) 916-8800

Trans Union Consumer Solutions
P.O. Box 2000
Chester, Pennsylvania

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 0 2 2 - 2 0 0 0

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

⬅ **PEEL FROM THIS CORNER**

EE 332 880 879 US



PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☒ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 29485 | Scheduled Delivery Date: 2/2 | Postage: $ .00
Date Accepted: 2/1 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee: $ | COD Fee: $
Time Accepted: 5:04 ☐AM ☒PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $
Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees:
Weight: 7 lbs. ozs. ☒ Flat Rate | Acceptance Employee Initials: SA | $ .00

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B JULY 2018    PSN 7690-02-000-9996

  

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

10 71



# PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

# GUARANTEED* ■ TRACKED ■ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.