# Exhibit A-6

## Verification Redacted

Dispute Line Item - Public Record (███████-285-02)
  Monday, February 08, 2021
  FILE A

| | | |
|---|---|---|
| Subscriber | USBK COURT SOUTH CAROLINA (ZP5067592) | |
| | Original | Change |
| | -------- | ------ |
| Docket Nbr | 1702941 | |
| Recrd Type | 3D: CH 13 BANKRUPTCY DISMISSED/CLOSED | |
| Orig Amt | | |
| Balance | | |
| Source Typ | BK: US Bankruptcy Court | |
| Plaintiff | | |
| Attorney | PRO SE | |
| ECOA | I: Individual Debt | |
| Assets | | |
| Liabilities | | |
| Dt Paid | 07/07/2017 | |
| Dt Filed | 06/13/2017 | |
| Effect Dt | 08/25/2017 | |
| Supprs Rsn | | |
| Supprs Dt | | |
| EDD | 05/13/2024 | |

TU 92

Dispute Line Item - Public Record, Cont. (███████-285-02)
  Monday, February 08, 2021

```
--------------------------
Information For Consumers
--------------------------
                Data Furnisher:  USBK COURT SOUTH CAROLINA (ZP
                                 5067592)
            Public Record Type:  CH 13 BANKRUPTCY DISMISSED/CLOSED
                 Docket Number:  1702-941

                      Disputes:  P5: Claims Inaccurate-Provide Id,
                                 Date, Amounts and Status

                   Received On:  Wednesday, February 3, 2021
                           Via:  Mail
                Current Status:  Request completed, credit report
                                 updated

       Data Furnisher Response:  Verified as reported
       Ownership Verification Of: Name,SSN
                  Notes(DAVE):   VAR 01 05
          CC/Results Verbiage:   VERIFIED AS ACCURATE


---------------------------------
Information For Internal Use Only
---------------------------------
           Dispute Processed On:  Monday, February 8, 2021
                            At:  5:09:30 am
                            By:  Suraj Vishwakarma (SWVISHW)
                            At:  Intelenet

          Response Processed On:  Tuesday, February 9, 2021
                            At:  3:32:03 pm
                            By:  CCSBotG  (CCSBOTG)
                            At:  Crum Lynne, PA
```

TU 93