# Exhibit A-7

REV ACDV Redacted

```
      DEPT:
SUBSCRIBER RESPONSE DATE:   03/02/21                        CONTROL:              285   001      IMAGE: YES - 0
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 03/02/21   DATE ENTERED: 02/08/21           DATE RECD: 02/08/21
                                                            VERF     SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
   NAME: NELSON L BRUCE                                     (S) NAME:
   AKA:                                                     (S) AKA:
   ADDR: PO BOX 3345                                        (D) ADDR: 144 PAVILION ST
         SUMMERVILLE, SC 29484-3345                                   SUMMERVILLE, SC 29483
   PREV:                                                        PREV:

   SSN:                                                     (S) SSN:
   DOB:                                                     (S) DOB:
   PHONE:                                                       PHONE:
CONSUMER   Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information.
DISPUTE:
CONSUMER MESSAGE:

RESPONSE CODE:   01 ACCT INFO ACCURATE AS OF DATE REPORTED
----------------------------------------------------------------------------------------------------------------------
SUPPRESS?:                          UPDATE?:              AUTH BY: Jessica Cartrette              / 843-832-2635
----------------------------------------------------------------------------------------------------------------------
SUBSCRIBER:   Heritage Trust FCU           ACCOUNT #:                 0121          SUB.CODE:  601D001   OPEN DATE: 06/07/16

   UPDATE?     ACCOUNT STATUS      PAYMENT RATING     COMPL COND CODE      SPECIAL COMMENTS     CONS INFO IND

   ORIGINAL-->      97
               PORF TP.    ACCOUNT TP.                ECOA                    PAYMENT AMT          PAYMENT DATE

   ORIGINAL-->  O          DR: DEP ACCT O/D PRTN      I                              $0
               OPENED         EFFECTIVE                                       CURRENT BLNC         PAST DUE

   ORIGINAL--> 06/07/16       02/01/21                                             $471               $471
               CLOSED                                                         CREDIT LIMIT         HIGH CREDIT

   ORIGINAL--> 08/01/19                                                                                $571
               DT 1ST DEL     ORIG CHRG OFF                              PP START DT    PYMT PATTERN    ORIGINAL PP
                                                                           02/2021                     LLLLLLDLLL
   ORIGINAL--> 05/08/19              $571                                  01/2021                     LLLDLLLLB
               TERMS (DUE AMT/FREQ/DUR)              ORIGINAL CLIENT - CLASS

   ORIGINAL-->  / /
               SP. PAYMENT (BALLOON AMT - DUE DT)    SP. PAYMENT (DEFERRED DT)

   ORIGINAL-->
               PORTFOLIO SALE                        MORTGAGE (ID#/ACCT#/AGCY)

   ORIGINAL-->
----------------------------------------------------------------------------------------------------------------------
              ACCT      PAYMENT    COMPLIANCE     SPECIAL    CONSUMER   !  ACCT     RATING    CMPLNC    GENERIC   AFFIL
              STATUS    RATING     CONDITION CD   COMMENTS   INFO IND   !  RATING   REMARK    REMARK    REMARK    REMARK
   RECEIVED                                                             !
   ORIGINAL   97                                                        !  L        PRL

                        FIRST      MIDDLE         LAST       GEN
                        NAME       NAME           NAME       SUFFIX        RESULT
   NAME VERIFICATION FLAGS  (S)    (S)            (S)        (S)                                                  TU 86
```