










PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

JAN 15 2026

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RCV'D - USDC - CHAS, SC
2026 JAN 20 AM 8:52

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

**Click-N-Ship®**

usps.com  9405 5301 0935 5272 5149 50 0084 0001 0002 9402
$8.40
US POSTAGE
P
U.S. POSTAGE PAID
Click-N-Ship
01/15/2026
1 lb 0 oz    Mailed from 29484    410230253733964

**PRIORITY MAIL®**

NELSON L BRUCE
PO BOX 3345
SUMMERVILLE SC 29484-3345

Created 2026-01-15
Flat Rate Envelope
RDC 03
B099

ITEM X-RAYED BY USMS

1/20/26

UNITED STATES DISTRICT COURT
ATTENTION: CLERK OF COURT
PO BOX 835
CHARLESTON SC 29402-0835

**USPS TRACKING #**

9405 5301 0935 5272 5149 50



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.