## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all parties on the service list **via the CM/ECF system and or U.S.P.S Mail to include a flash drive with the exhibits referenced in this Memorandum in Opposition.**

**SENT TO:**

CLEMENT RIVERS, LLP
Attention: Wilbur E. Johnson
25 Calhoun Street, Suite 400
Charleston, SC 29401
*Counsel for Trans Union, LLC*

Done this 20th day of February, 2026.

**RESPECTFULLY PRESENTED,**

*/s/ Nelson L. Bruce*
Nelson L. Bruce, Sui Juris
All Secured Natural Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
leonbruce81@yahoo.com