AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nelson L. Bruce | ) |
| *Plaintiff* | ) |
| v. | ) |
| Trans Union, LLC (Trans Union), Unknown Doe's 1-100 | ) |
| *Defendants* | ) |

Civil Action No.   2:22-cv-01292-BHH-MGB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ Summary judgment is entered in favor of Defendant, Trans Union, LLC. Plaintiff, Nelson L. Bruce, shall take nothing of the Defendant as to the complaint filed.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable, Bruce Howe Hendricks, United States District Judge, presiding.

Date: March 24, 2026

*ROBIN L. BLUME, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*